IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SCOTT LEROY RHEAM                                                                                    PLAINTIFF

v.                                            Civil No. 6:11-CV-06090

CHRIS WILLIAMS, et al.                                                                          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed March 8, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Marschewski recommends that the Court dismiss the above civil rights action in its entirety because the claims asserted are frivolous or are asserted against individuals immune from suit. Judge Marschewski further recommends that the Clerk be directed to place a § 1915(g) strike flag on the case. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to place a § 1915(g) strike flag on the case.

IT IS SO ORDERED, this 11th day of April, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge